# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Luz G. Munoz,** | Case No. 3:17-cv-00023-TMR |
| **Plaintiff,** | Judge Thomas M. Rose |
| | Magistrate Newman |
| vs. | |
| | DISMISSAL ENTRY |
| **Rushmore Management Loan Services LLC, et al.,** | |
| **Defendants** | |

Now comes the undersigned on behalf of the Plaintiff Luz G. Munoz ("Plaintiff") and Defendant Rushmore Management Loan Services LLC ("Defendant") to advise the Court that Plaintiff and Defendant have finalized a settlement agreement ("Agreement") and, accordingly, Plaintiff dismisses with prejudice her claims against the Defendant. The Court is to retain jurisdiction to enforce the terms of the Agreement between Plaintiff and Defendant. The Agreement has been provided to the Court for any filing and administration requirements the Court requires for it to retain jurisdiction to enforce the Agreement.

IT IS SO ORDERED

*s/ Thomas M. Rose*
Judge Thomas M. Rose

Submitted by:

/s/Jessica E. Salisbury-Copper (Per Phone Call 8-3-18
Jessica E. Salisbury-Copper #0085038
THOMPSON HINE LLP
127 Public Square, 3900 Key Center
Cleveland, Ohio 44114-1291
T: 216.566.5764 / F: 216.566.5800
Jessica.Salisbury-copper@ThompsonHine.com
*Attorneys for Defendant Rushmore ManagementLoan Services LLC*

/s/Charles J. Roedersheimer
Charles J. Roedersheimer #0020273
1340 Woodman Drive
Dayton, OH 45320
937-252-2030
937-252-9425 Fax
croedy@roedylaw.com
*Attorney for Plaintiff  Luz Munoz*